**E-Filed 1/14/09**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DR. ELLEN W. CUTLER,<br><br>            Plaintiff,<br><br>vs.<br><br>ENZYMES, INC.; EMPIRE HEALTH, LLC;, FRANK GUZZO; JAMES GREAVES; and LYNN GREAVES,<br><br>            Defendants. | Case No.:  C 08-CV-04650 JF<br><br>Hon. Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

Having considered Defendants Enzymes, Inc., James Greaves and Lynn Greaves' ("Defendants") Motion to Reschedule the Case Management Conference currently set for January 23, 2009, IT IS ORDERED:

1. Defendants' Motion to Reschedule the Case Management Conference is GRANTED.

2. The Court will reschedule the Case Management Conference to a date after the date on which the Court rules on James and Lynn Greaves' Motion to Dismiss them as parties to the suit for lack of personal jurisdiction and Enzymes Inc.'s Motion to Dismiss the copyright infringement claims against it for failure to plead with specificity.

Dated: 1/14/09

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Andrew M. Sussman (SBN 112418)
*ams@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:    (949) 553 1010
Facsimile:    (949) 553 2050

Attorneys for Defendants
ENZYMES, INC., JAMES GREAVES
AND LYNN GREAVES