WILLIAM R. HILL, #114954
ANDREW S. MACKAY, #197074
DANIEL J. SCHACHT, #259717
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486
Email:   rock@donahue.com
         andrew@donahue.com
         daniel@donahue.com

Attorneys for Plaintiff
DR. ELLEN W. CUTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DR. ELLEN W. CUTLER, an individual, | CASE NO. C08-CV-04650 JF |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING PARTICIPATION IN THE COURT'S EARLY NEUTRAL EVALUATION PROGRAM AND FILING AMENDED COMPLAINT |
| ENZYMES, INC., a Colorado corporation; EMPIRE HEALTH, LLC, a Florida limited liability company; FRANK GUZZO, an individual; JAMES GREAVES, an individual; and LYNN GREAVES, an individual, | |
| Defendants. | |

1  The parties hereby stipulate and agree to participate in the Court's Early Neutral
2  Evaluation Program, preferably through a mediation or settlement conference with a magistrate
3  judge. The parties believe that their resources are better devoted in the short term to the
4  possibility of settlement, and that a brief stay in the litigation is warranted in order to explore
5  settlement options. Accordingly, the parties stipulate to change the deadline to file the first
6  amended complaint of Plaintiff Ellen Cutler until one week after the completion of the mediation
7  or settlement conference with the Magistrate Judge.

8  IT IS SO STIPULATED.

9  Dated: March 25, 2009                    DONAHUE GALLAGHER WOODS LLP

11                                          By:               /s/
12                                              William R. Hill
                                                Attorneys for Plaintiff
13                                              DR. ELLEN W. CUTLER

14  Dated: March 25, 2009                    GAUNTLETT & ASSOCIATES

16                                          By:               /s/
17                                              David A. Gauntlett
                                                James A. Lowe
18                                              Andrew M. Sussman
                                                Attorneys for Defendants
19                                              ENZYMES, INC. JAMES GREAVES, and LYNN
                                                GREAVES

21  Dated: March 25, 2009                    By: _____
                                                Frank Guzzo (acting pro se)

23  IT IS SO ORDERED.

25  Dated: 4/9, 2009                         _____
                                             Hon. Jeremy Fogel
26                                           United States District Court Judge

-1-