1  WILLIAM R. HILL, #114954
   DANIEL J. SCHACHT, #259717
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
4  Telephone:  (510) 451-0544
   Facsimile:  (510) 832-1486
5
   Attorneys for Plaintiff
6  DR. ELLEN CUTLER

**E-Filed 4/21/09**

7

8                     UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | DR. ELLEN CUTLER, an individual, | CASE NO. C08-CV-04650 JF
12 |              Plaintiff,          | **NOTICE OF SUBSTITUTION OF COUNSEL: [PROPOSED] ORDER**
13 | v.                               |
14 | ENZYMES, INC., a Colorado corporation; EMPIRE HEALTH, LLC, a Florida limited liability company; FRANK GUZZO, an individual; JAMES GREAVES, an individual; and LYNN GREAVES, an individual, |
15 |
16 |
17 |
18 |              Defendants.         |

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL          CASE NO. C08-CV-04650 JF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Dr. Ellen Cutler consents to representing herself and substitutes herself *in propria persona* in the above-captioned action, in place of the law firm of Donahue Gallagher Woods LLP.

Dr. Ellen Cutler accepts the substitution noted above.

Dated: April 13, 2009

*/s/ Dr. Ellen Cutler*
DR. ELLEN CUTLER

Donahue Gallagher Woods LLP hereby accepts the substitution noted above.

Dated: April 14, 2009                    DONAHUE GALLAGHER WOODS LLP

By: */s/ William R. Hill*
William R. Hill
Attorneys for Plaintiff
DR. ELLEN CUTLER

Donahue Gallagher Woods LLP hereby requests permission from the Court to withdraw from its representation of Dr. Ellen Cutler.

Dated: April 14, 2009                    Respectfully submitted,

DONAHUE GALLAGHER WOODS LLP

By: */s/ William R. Hill*
William R. Hill
Attorneys for Plaintiff
DR. ELLEN CUTLER

1  WILLIAM R. HILL, #114954
   DANIEL J. SCHACHT, #259717
2  DONAHUE GALLAGHER WOODS LLP
   Attorneys at Law
3  300 Lakeside Drive, Suite 1900
   Oakland, California 94612-3570
4  Telephone:   (510) 451-0544
   Facsimile:   (510) 832-1486
5
   Attorneys for Plaintiff
6  DR. ELLEN CUTLER

7

8                     UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 | DR. ELLEN CUTLER, an individual,              | CASE NO. C08-CV-04650 JF

12 |              Plaintiff,                        | [PROPOSED] ORDER GRANTING
                                                     SUBSTITUTION OF COUNSEL
13 |   v.

14 | ENZYMES, INC., a Colorado corporation;
     EMPIRE HEALTH, LLC, a Florida limited
15 | liability company; FRANK GUZZO, an
     individual; JAMES GREAVES, an
16 | individual; and LYNN GREAVES, an
     individual,
17
                  Defendants.
18

1 | Plaintiff Dr. Ellen Cutler consents to and substitutes herself *in propria persona* in the above-captioned action in place of Donahue Gallagher Woods LLP.

Having considered the Notice of Substitution of Counsel, and finding good cause therefore, IT IS HEREBY ORDERED that Dr. Ellen Cutler will represent herself *in propria persona* in the above-captioned action, in place and instead of Donahue Gallagher Woods LLP.

Dated: April 21, 2009

By: _____
Hon. Jeremy Fogel
United States District Court Judge

## PROOF OF SERVICE

I declare that I am employed in the County of Oakland, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, CA 94612.

On April 14, 2009, I served copies of the attached document(s) entitled:

**NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

Frank Guzzo
10531 4S Commons Drive, #450
San Diego, CA 92127

David A. Gauntlett, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612

[x] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[x] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2009, at Oakland, California.

*(signature)*
Pamela Trempel

*Name of Case:* **Cutler v. Enzymes**
*Name of Court and Case Number:* *Case No. C08-CV-04650 JF*