IAN FRASER-THOMSON (SBN 73526)
Stephen L. Dahm (SBN 114745)
Jose A. Montalvo (SBN 184484)
**CESARI, WERNER and MORIARTY**
360 Post Street, Fifth Floor
San Francisco, California 94108
Telephone:    (415) 391-1113 x 11
Facsimile:    (415) 391-4626
E-mail: ift@cwmlaw.com; sdahm@cwmlaw.com
  jmontalvo@cwmlaw.com
Attorneys for Defendants
Enzymes, Inc., James Greaves
and Lynn Greaves
**5212-5-10-9**

**E-Filed 6/16/09**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELLEN W. CUTLER, D.C.<br><br>        Plaintiff,<br><br>vs.<br><br>ENZYMES, INC.; et al.,<br><br>        Defendants. | Case No.: 08-CV-04650 JF<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows:

This case is currently in the ADR Program in the above-captioned Court. At the April 24, 2009 Case Management Conference in this matter, the parties informed the Court that they were amenable to having this case set for a settlement conference before Judge Richard Seeborg. The settlement conference has been scheduled for August 11, 2009. Therefore, the parties request that the Case management Conference currently scheduled for June 26, 2009 be continued until a date after the August 11, 2009 settlement conference.

IT IS SO STIPULATED:

- 1 -

STIP AND ORDER RE: ENE

| | |
|---|---|
| Dated: 6/12/, 2009 | /s/ Ellen W. Cutler<br>Ellen W. Cutler, D.C., Plaintiff in *Pro Per* |
| Dated: _____, 2009 | _____<br>Frank Guzzo, Defendant in *Pro Per* |
| Dated: 6/15, 2009 | GAUNTLETT & ASSOCIATES<br>/s/<br>James A. Lowe, Esq.<br>Counsel for Defendant Empire Health, LLC |
| Dated: 6/15, 2009 | CESARI, WERNER and MORIARTY<br>By: /s/<br>IAN FRASER-THOMSON/JOSE A. MONTALVO<br>Attorneys for Defendants<br>Enzymes, Inc., James Greaves and Lynn Greaves |

## ORDER

The Case management Conference set for June 26, 2009 is vacated in light of the settlement conference which is scheduled before Judge Richard Seeborg on August 11, 2009. The new Case Management Conference is scheduled for _____.

IT IS SO ORDERED:

Dated: _____ 2009   BY: _____
                                  THE HONORABLE JEREMY FOGEL
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

STIP AND ORDER RE: ENE

| | |
|---|---|
| Dated: _____, 2009 | _____ |
| | Ellen W. Cutler, D.C., Plaintiff in *Pro Per* |
| Dated: June 12, 2009 | *[signature]* |
| | Frank Guzzo, Defendant in *Pro Per* |
| | |
| | GAUNTLETT & ASSOCIATES |
| Dated: _____, 2009 | _____ |
| | James A. Lowe, Esq. |
| | Counsel for Defendant Empire Health, LLC |
| | |
| | CESARI, WERNER and MORIARTY |
| Dated: _____, 2009 | By:_____ |
| | IAN FRASER-THOMSON/JOSE A. MONTALVO |
| | Attorneys for Defendants |
| | Enzymes, Inc., James Greaves and Lynn Greaves |

## **ORDER**

The Case management Conference set for June 26, 2009 is vacated in light of the settlement conference which is scheduled before Judge Richard Seeborg on August 11, 2009. The new Case Management Conference is scheduled for August 21, 2009 at 10:30 a.m.

IT IS SO ORDERED:

Dated: June 16, 2009        BY: *[signature]*
                            THE HONORABLE JEREMY FOGEL
                            JUDGE OF THE UNITED STATES DISTRICT COURT

- 2 -